**UNITED STATES of America,**
**Appellee,**

v.

**Derrick PATTERSON, Appellant.**

No. 04–3051.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 6, 2006.

Decided: March 31, 2006.

Andrew R. Winter, Minneapolis, MN, for Appellee.

Brian N. Toder, Chestnut & Cambronne, Minneapolis, MN, for Appellant.

Derrick Kim Patterson, Rochester, MN, pro se.

Before WOLLMAN, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Derrick Kim Patterson appeals his conviction for possession with intent to distribute cocaine base. He argues that the district court [1] abused its discretion in restricting cross-examination of the informant who testified against him. Having carefully reviewed the record and applicable law in this case, this court concludes

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

that, even if there were error, it was harmless in light of the overwhelming evidence supporting the conviction. AFFIRMED. *See* 8th Cir. R. 47B.